UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BROOKS SPORTS, INC.,

　　　　　　　　Plaintiff,

　　v.

BROOKS BROTHERS GROUP, INC.,

　　　　　　　　Defendant.

C20-207 TSZ

MINUTE ORDER

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Plaintiff's unopposed motion to seal, docket no. 40, is GRANTED, and the Declaration of Thomas J. Ross, Jr., docket no. 41, shall remain under seal.

　　　(2)　Having taken judicial notice of defendant's Voluntary Petition for Non-Individuals Filing for Bankruptcy, docket no. 1 in Case No. 20-11785-CSS, United States Bankruptcy Court for the District of Delaware, the Court hereby STAYS this case pending further order pursuant to 11 U.S.C. § 362.

　　　(3)　Defendant's motion for a protective order, docket no. 28, and plaintiff's motion for a preliminary injunction, docket no. 30, are STRICKEN without prejudice to refiling if appropriate after the stay of this matter is lifted.

　　　(4)　The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of the bankruptcy proceedings **or by July 30, 2021**, whichever occurs earlier.

　　　(5)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 9th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1