UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BROOKS SPORTS, INC.,

    Plaintiff,

v.

BROOKS BROTHERS GROUP, INC.,

    Defendant.

C20-207 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 56, indicating that defendant's bankruptcy proceedings in the District of Delaware are ongoing, the Court DIRECTS the parties to file a Joint Status Report within fourteen (14) days of the conclusion of the bankruptcy proceedings **or by July 31, 2023**, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2022.

    Ravi Subramanian
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1